# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**FONTAINE LEROY PORTER,**

    Plaintiff,

vs.                                                      Case No. 4:15cv485-WS/CAS

**RICK SCOTT, DONNIE LEE,**
**AND RICK RAMSEY,**

    Defendants.

_____/

## ORDER and REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, has filed a motion for leave to proceed in forma pauperis, ECF No. 2, and a civil rights complaint, ECF No. 1. Although the in forma pauperis motion is cursory and not on the proper forms used in this Court, good cause has been shown and the motion is granted. When Plaintiff has obtained employment, Plaintiff must file an amended in forma pauperis motion.

The complaint is against the Governor of the State of Florida, Chief of Police Donnie Lee from Key West, Florida, and Sheriff Rick Ramsey of Monroe County, Florida. ECF No. 1 at 1. The complaint alleges a bizarre conspiracy by the Governor to have Plaintiff arrested on a misdemeanor battery charge on "Superbowl Sunday," February 2015. ECF No. 1 at 3. Plaintiff contends Governor Scott interviewed him five

times and either broke into Plaintiff's home or was "let into [his] home by someone possibly the Key West Police" Department. *Id.* Plaintiff asserts a fanciful tale concerning his sexual history, being put under hypnosis, and contends "it is very typical for Senators and Governors to visit [him] on account of [his] engineering in cloud networking." *Id.* at 4. As relief, Plaintiff requests this Court initiated a prosecution against the Governor and all persons involved and to bring the alleged victim of his misdemeanor charge before this Court. *Id.* at 5.

Plaintiff's complaint, ECF No. 1, is frivolous and should be summarily dismissed. Federal Courts have authority to dismiss a case filed in forma pauperis if satisfied that the action is frivolous or malicious. The Supreme Court has recognized two types of cases which may be dismissed, *sua sponte*, pursuant to the in forma pauperis statute (formerly 28 U.S.C. § 1915(d), now § 1915(e)). Neitzke v. Williams, 490 U.S. 319, 109 S. Ct. 1827, 1833, 104 L. Ed. 2d 338 (1989). The first class are "claim(s) based on an indisputably meritless legal theory," and the second class contain "claims whose factual contentions are clearly baseless." *Id.* The factual allegations presented in this case are clearly removed from reality and dismissal is appropriate.

**ORDER**

Accordingly, it is **ORDERED** that Plaintiff's motion for in forma pauperis status, ECF No. 2, is **GRANTED**. The Clerk of Court shall file the complaint without payment of the filing fee for this case.

**RECOMMENDATION**

In light of the foregoing, it is respectfully **RECOMMENDED** that this action be **DISMISSED** as frivolous.

**IN CHAMBERS** at Tallahassee, Florida, on November 16, 2015.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**