IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FONTAINE LEROY PORTER,

    Plaintiff,

v.                                                                       4:15cv485-WS/CAS

RICK SCOTT, DONNIE LEE,
and RICK RAMSEY,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 4) docketed November 16, 2015.  The magistrate judge recommends that the plaintiff's case be dismissed as frivolous.  The plaintiff has filed no objections to the report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 4) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint and this action are DISMISSED as frivolous.

3. The clerk shall enter judgment stating: "All claims are dismissed as frivolous."

DONE AND ORDERED this __4th__ day of __January__, 2016.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE